945

No. 90–7595.   REESE v. HILL, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 90–7604.   OWENS v. LIBHART ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 90–7605.   BURNLEY v. MURRAY ET AL.   C. A. 4th Cir. Certiorari denied.

No. 90–7608.   FERENC v. BUTTERWORTH.   Sup. Ct. Fla. Certiorari denied.

No. 90–7650.   RUSSELL v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–7708.   MCDONALD v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 90–7734.   CURIALE v. ALASKA.   C. A. 9th Cir.   Certiorari denied.

No. 90–7746.   GRANT v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–7747.   TRIPLETT v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 90–7749.   SZYMANSKI v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 90–7772.   PEREZ-RODRIGUEZ v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 90–7799.   HAMPEL ET VIR v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 90–7808.   FLOREZ-BORRERO v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 90–7812.   JOHNSON v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–7814.   PENALVER v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–7815.   ALVAREZ v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.